**United States District Court**
For the Northern District of California

1
2
3                                    NOT FOR CITATION
4                      IN THE UNITED STATES DISTRICT COURT
5                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7   LARRY BARKER, et al.                          NO: CV 06-05633 PJH
                    Plaintiffs,                   **ORDER REGARDING FAILURE**
8        v.                                       **TO E-FILE**
9
10  BIDDEFORD COMPANY, INC., et al.
              Defendants.
11  _____/

12       This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45,
13  Section VI of which requires that all documents in such a case be filed electronically. Our docket
14  reflects that the **Notice of Removal (doc 1, filed by Defendant Kmart Corporation) and the**
15  **Demand for Jury Trial (doc 4, filed by Plaintiffs)** was not filed electronically.
16       IT IS HEREBY ORDERED counsel for **Plaintiffs and Defendant Kmart Corporation** e-
17  mail the above mentioned document to the Court in Portable Document Format ("PDF") format
18  within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email
19  box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure
20  listed there). Do *not* e-file a document which has been previously filed on paper, as is the case with
21  the above mentioned filing. **All subsequent papers should be e-filed.**
22       Failure to comply with this order may result in the imposition of monetary or other sanctions
23  on a daily basis until the failure to comply with the General Order has been remedied.
24       General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to
25  become an ECF User and be assigned a user ID and password for access to the system upon
26  designation of the action as being subject to ECF."
27
28

IT IS HEREBY FURTHER ORDERED that, if she or he has not already done so, counsel for Plaintiffs and Defendant Kmart Corporation shall register forthwith as an ECF User and be issued an ECF User ID and password.  Forms and instructions can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: 11/9/06

_____

United States District Judge